## CHISLEY *v.* STATE

[No. 397, September Term, 1963.]

*Decided September 23, 1964.*

The cause was argued before HENDERSON, C. J., and HAM-
MOND, PRESCOTT, HORNEY, MARBURY and SYBERT, JJ.

*Alan M. Resnick* for the appellant.

*Dickee M. Howard, Special Attorney,* with whom were
*Thomas B. Finan, Attorney General, Stuart H. Rome, As-
sistant Attorney General,* and *William J. O'Donnell, State's
Attorney for Baltimore City,* on the brief, for the appellee.

PER CURIAM.

The appellant, convicted of robbery, challenges the sufficiency
of the evidence and claims a fatal variance between the date
alleged in the indictment and the date shown in the testimony.
We find the evidence sufficient. Although the victim's identi-
fication was open to some question, because of an apparent fail-
ure to identify on one occasion, there was an unshaken identi-
fication by an eyewitness to the crime. The cases make it clear

608

that the State was not confined in its proof to the date alleged in the indictment. *Fulton v. State,* 223 Md. 531, 532, and cases cited. See also Maryland Rule 712 a, superseding Code (1957), Art. 27, sec. 606.

*Judgment affirmed.*